**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KENNETH W. WILKINSON

v. CA 07-90M

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT IS HEREBY ENTERED** on behalf of the Defendant Michael Astrue, against the Plaintiff Kenneth Wilkinson pursuant to this Court's Memorandum & Order issued on April 30, 2008. The Defendant's Motion for an Order Affirming the Decision of the Commissioner is **GRANTED**. Plaintiff's Motion for Order Reversing the Decision of the Commissioner and Remanding for Further Proceedings is **DENIED.**

BY:

/s/ Martha Saucier
MARTHA SAUCIER, Deputy Clerk

**April 30, 2008**